# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Nathen Keen,

    Petitioner,

v.

Warden, Belmont Correctional Institution,

    Respondent.

Case No. 2:25-cv-1105

Judge Michael H. Watson

Magistrate Judge Bowman

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Petitioner's motion for leave to proceed *in forma pauperis*, ECF No. 1, for purposes of his petition for a writ of mandamus. R&R, ECF No. 2. Specifically, the R&R noted that it appears that Petitioner has sufficient funds to pay the $5.00 filing fee. *Id.* at 1. The R&R notified Petitioner of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 2. Petitioner failed to object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DENIES** Petitioner's motion for leave to proceed *in forma pauperis*. Petitioner **SHALL** pay the $5.00 filing fee within **THIRTY DAYS** of this Order, or the Petition will be dismissed without further notice for failure to prosecute.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT